IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01973-BNB

FRANKLIN KEMP,

     Applicant,

v.

WARDEN BRIGHAM SLOAM, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

     Respondents.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -7 2010

GREGORY C. LANGHAM
CLERK

---

## AMENDED ORDER OF DISMISSAL

---

Applicant, Franklin Kemp, is in the custody of the Colorado Department of
Corrections and currently is incarcerated at the Bent County Correctional Facility in Las
Animas, Colorado.  On August 13, 2010, Mr. Kemp submitted to the Court *pro se* an
"Affidavit of Negative Affirmative Avertment F.R.Cv.P. Rule 8.(c)."  The Court
determined that Mr. Kemp was attempting to challenge his Colorado state court
convictions.

On August 18, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the
Court to commence a civil action and ordered Mr. Kemp to cure certain enumerated
deficiencies within thirty (30) days of the Court's Order.  Specifically, Mr. Kemp was
directed to file a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the
court-approved form, along with a certificate showing the current balance in his prison
account, or to pay the $5.00 filing fee.  Plaintiff was further directed to submit an
Application for a Writ of Habeas Corpus on the court-approved form.  Mr. Kemp

complied with the Court's August 18 Order by filing, on October 19, 2010, a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, a certified copy of his prison account statement, and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

On October 22, 2010, Magistrate Judge Boland denied Mr. Kemp leave to proceed pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Magistrate Judge Boland noted that subsection (a)(1) of 28 U.S.C. § 1915 allows a litigant to commence a lawsuit without prepayment of fees or security therefor. However, "[t]here is no absolute right to proceed in court without paying a filing fee in civil matters." *Holmes v. Hardy*, 852 F.2d 151, 153 (5th Cir. 1988); *see also* 28 U.S.C. § 1914(a). Therefore, proceeding *in forma pauperis* pursuant to § 1915, *i.e.* without paying a filing fee under § 1914, is a privilege extended to individuals unable to pay such a fee. *See Holmes*, 852 F.2d at 153.

Magistrate Judge Boland found that the certified copy of Mr. Kemp's account statement attached to his § 1915 motion and affidavit showed that he had an available balance of $106.69 in his inmate account as of October 13, 2010. Accordingly, Magistrate Boland determined that Mr. Kemp had sufficient funds to pay the $5.00 filing fee and directed him to pay the filing fee within thirty days. Mr. Kemp was warned that his action would be dismissed without further notice if he failed to pay the $5.00 filing fee within the time designated.

Mr. Kemp has not paid the $5.00 filing fee within the time allowed. Furthermore, although Mr. Kemp has filed several "Affidavits" with the Court since the October 22

2

Order, he has not requested an extension of time to pay the filing fee. Accordingly, it is

ORDERED that Franklin Kemp's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Kemp's failure to pay the $5.00 filing fee within the time allowed. It is

FURTHER ORDERED that no certificate of appealability will issue because Mr. Kemp has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __7th__ day of ____December____, 2010.

BY THE COURT:


_s/Lewis T. Babcock_
LEWIS T. BABCOCK, JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01973-LTB

Franklin Kemp
Prisoner No. 103605
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER AND AMENDED JUDGMENT** to the above-named individuals on __12/7/10__

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk