IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01973-LTB

FRANKLIN KEMP,

    Applicant,

v.

WARDEN BRIGHAM SLOAM, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

ORDER DENYING MOTION TO RECONSIDER

---

On January 11, 2011, an unidentified person speaking on behalf of the Applicant, Franklin Kemp, filed a letter with the Court asking the Court to appoint an attorney to represent Mr. Kemp in this action because Mr. Kemp cannot read or write and is unable to represent himself. Although the Court need not entertain a letter filed by a non-party, the Court will construe the letter liberally as a motion to reconsider filed *pro se* by Mr. Kemp. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991). The Court will consider Mr. Kemp's motion to reconsider pursuant to Rule 60(b) because it was filed more than twenty-eight days after the amended judgment was entered in this action on December 7, 2010. *See* Fed. R. Civ. P. 59(e); *see also Van Skiver*, 952 F.2d at 1243. Rule 60(b) is extraordinary relief that may only be granted in exceptional circumstances. *See Beugler v. Burlington N. & Santa Fe Ry. Co.*, 490 F.3d 1224, 1229 (10th Cir. 2007).

On December 7, 2010, the Court dismissed the application and the action without prejudice pursuant to Fed. R. Civ. P. 41(b) for Mr. Kemp's failure to pay the $5.00 filing fee required in a habeas corpus action. The January 11 letter (motion to reconsider) acknowledges that Mr. Kemp received an order from the Court directing him to pay the $5.00 filing fee. The letter then states that Mr. Kemp could not read the order, so he was unable to comply with it. However, the letter goes on to make the contradictory statement that Mr. Kemp asked his sister to pay the $5.00 filing fee before her back surgery, but she forgot to do so.

The Court understands that Mr. Kemp is apparently unable to read. Nonetheless, the Court is not persuaded that Mr. Kemp was unaware of the Court's October 22, 2010 Order directing him to pay the $5.00 filing fee within thirty days. Instead, it appears that Mr. Kemp relied on his sister to make the payment and she failed to do it. As discussed in the October 22 Order, Mr. Kemp's prison account statement showed an available balance of $106.69 as of October 13, 2010. Mr. Kemp

does not explain why he did not pay the $5.00 filing fee from his prison account or request additional time to comply with the Court's order. Applicant has previously asked for and received an extension of a court-ordered deadline in this case. *See* Doc. Nos. 7, 9. Accordingly, the Court finds that Mr. Kemp has failed to demonstrate that exceptional circumstances exist which warrant an order granting him relief from the December 7 amended order of dismissal and amended judgment.

Mr. Kemp is advised that because the dismissal of his prior habeas application was without prejudice, he may initiate a new civil action and pay the $5.00 filing fee, or file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Mr. Kemp is reminded that under Fed. R. Civ. P. 11(a), he is obligated to sign personally every pleading, motion and other paper that he files *pro se* with the court. Accordingly, it is

ORDERED that the January 11, 2011 letter filed by Franklin Kemp, which the Court has treated as a motion to reconsider pursuant to Fed. R. Civ. P. 60(b), is denied.

DATED at Denver, Colorado, this __14th__ day of ____January____, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01973-LTB

Franklin Kemp
Prisoner No. 103605
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk